Burt A. Crowe, for appellant; Carl E. Abrahamson, of counsel; Fishman & Fishman, and Leo K. Wykell, for appellee; Leo K. Wykell, of counsel. Opinion by Justice Schwartz. **Not to be published in full.** Opinion filed May 20, 1952; released for publication July 1, 1952.

## Northwest Apostolic Church, Appellant, v. Richard N. Lingensjo and Manufacturers National Bank of Chicago, Appellees.

### Gen. No. 45,625.

Arthur George, for appellant; Litsinger, Gatenbey & Spuller, for appellees. Opinion by Justice Schwartz. **Not to be published in full.** Opinion filed May 20, 1952; released for publication July 1, 1952.

## Jack N. Mueck, Appellant, v. Paul Ascala, Appellee.
### Gen. No. 45,642.

Lochtan & Wolfe, for appellant; John Austin Daily, of counsel; no appearance for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed May 20, 1952; released for publication July 1, 1952.

Benjamin Chemers Company, and Leslie Elson Company, Successor-Plaintiff, Appellee, v. Arthur T. Galt, Appellant.

Gen. No. 45,685.

Tuohy & Quinn, for appellant; Sidney J. and Arthur Wolfe, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed June 9, 1952; released for publication June 30, 1952.